I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-23-14

DEPUTY CLERK

JS - 6/Entered

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CLARENCE MINTON,<br><br>    Petitioner,<br><br>vs.<br><br>CYNTHIA L. TAMPKINS,<br>Warden,<br><br>    Respondent. | Case No. EDCV 14-0108-JPR<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 23, 2014

**JEAN ROSENBLUTH**
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY